216 So.2d 548

**CITY OF HOUMA**

v.

**LOUISIANA POWER & LIGHT CO.**

**No. 49588.**

Dec. 31, 1968.

In re: Louisiana Power & Light Company applying for writs of certiorari, prohibition and mandamus.

The application is denied. This court will not exercise its supervisory jurisdiction save in cases where there is palpable error in the ruling complained of and then only if irreparable injury will ensue. No such showing being made, the application is denied.